**To:** The Honorable J.T. Noblin
Clerk, of the United States District Court
Southern District of Mississippi

**From:** Timothy Oliver (#232660)
28779 Nick Davis Rd.
Harvest, Al.
        35749



**Re:** Oliver vs. Gaston  **Case No.** 1:04cv499RRo

**Dear:** Mr. Noblin

I, Timothy Oliver is writing you Sir, in request upon a Case Action Summary as to where the following Motions have been Ordered. Motion for Issuance of Protective Orders, which was filed on the 9-10-04 and Motion for Issuance of Subpoenas, which was filed on the 9-17-04. Your assistance has been greatly appreciated. Hope to hear from you soon.

**Thank's and May God Bless You.**

