To: Chief Deputy Clerk;
    Mrs. Sandra McCormack
    United States District Court
    2012 15th St. Ste. 403
    Gulfport, Ms.
              39501

From: Timothy Oliver (#232660)
     28779 Nick Davis Rd.
     Harvest, Al.
            35749



Dear: Mrs. McCormack

        I, trust that you are well today. I, Timothy Oliver (#232660), have made some errors responding to the Defendant, motion for summary judgment. The errors was made on Pg.1 of the Affidavit and on Pg.2 of the Declaration in Opposition to Defendant Motion for Summary Judgment, which I have mark over the errors with a yellow marker. Please see inside this envelope. I, also redid the pages over correcting the errors, which I ask you Mrs. McCormack to stamp "Filed" and provide me with a copy of them each for my records in the self stamp-addressed envelope that I have enclosed inside. Your assistance has been greatly appreciative. Hope to hear from you soon.

    "Thank's and May God Bless You."

*Please take the Original papers out of the files & replace it with these Original.* →



order to maintain order and security at the jail.

The Defendant are (not) entitled to Summary Judgment, because there are genuine issues of material fact to be resolved. These issues are identified by the Plaintiff, pursuant to Rule **56 Fed. R. Civ. P.** of Local Rules of this District Court. The facts are set out in this Declaration.

#1. On November 10, 2003, in between 12:00p.m. and 2:00p.m. I, Timothy Oliver was removed from B-Block to booking to be transfer to the State of Alabama, Baldwin County Adult Detention Center.

#2. While walking to booking I was asking Sgt. Caldwell and Sgt. Reese about my personal property, paperwork, and etc.

#3. They said that they check in the property room and my property wasn't there.

#4. As I, was in booking, I went into a room and dress back into my street clothing. When I, came out Sgt. Caldwell and Sgt. Reese proceeded with trying to figure out where could my property be at.

#5. During that time and moment the transport officer handcuff my hands behind my back and I was taken into their custody.

#6. I, continue to ask about my property.

IN THE UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


Timothy Oliver (#232660)
      PLAINTIFF


v.                                                  CIVIL ACTION NO. 1:04cv499RRo


Captain, Rick Gaston
      DEFENDANT


## AFFIDAVIT OF TIMOTHY OLIVER

On October 10, 2003 inbetween 12:00p.m. and 2:00p.m. I, Timothy Oliver was removed from B-Block to booking to be transfered to the State of Alabama, Baldwin County Dept. of Corrections. While walking to booking I was asking Sgt. Caldwell and Sgt. Reese about my personal property, paperwork, and Etc. They said that they check in the property room and my property wasn't there. As I was in booking I went into a room and dress back in my street clothing. When I came out Sgt. Caldwell and Sgt. Reese proceeded with trying to figure out where could my property be at. During that time and moment the Transportation officer handcuff my hands behind my back and I was taken into their custody. I, continue to ask about my property. Capt. Gaston then appoarch and said that he did (not) have my property and for the transport officers to get me out of his jail. Me and Capt. Gaston were exchanging words and as me and the transport officers were exciting booking we continue to exchange words. The transport officers took me to the floor at that time and mo-

IN THE UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

Timothy Oliver (#232660)
    PLAINTIFF

v.                                                    CIVIL ACTION NO. 1:04cv499RRo

Captain, Gaston
    DEFENDANT

## AFFIDAVIT OF TIMOTHY OLIVER

On November 10, 2003, in between 12:00p.m. and 2:00-p.m. I, Timothy Oliver was removed from B-Block to booking to be transfer to the State of Alabama, Baldwin County Adult Detention Center. While walking to booking I was asking Sgt. Caldwell and Sgt. Reese about my personal property, paperwork, and etc. They said that they check in the property room and my property wasn't there. As I was in booking I went into a room and dress back into my street clothing. When I came out Sgt. Cadwell and Sgt. Reese proceeded with trying to figure out where could my property be at. During that time and moment the transport officer handcuff my hands behind my back and I was taking into their custody. I, continue to ask about my property. Capt. Gaston then appoarch and said that he did (not) have my property and for the transport officers to get me out of his jail. Me and Capt. Gaston were exchanging words and as me and the transport officers were exiting booking we continue to exchange words. The transport officers took me to the floor at that time and mo-

The Defendant are (not) entitled to Summary Judgment, because there are genuine issues of material fact to be resolved. These issues are identified by the Plaintiff, pursuant to Rule **56 Fed. R. Civ. P.** of Local Rules of this District Court. The facts are set out in this Declaration.

#1. On October 10, 2003 inbetween 12:00p.m. and 2:00p.m. I, Timothy Oliver was removed from B-Block to booking to be transfered to the State of Alabama, Baldwin County Dept. of Corrections.

#2. While walking to booking I was asking Sgt. Caldwell and Sgt. Reese about my personal property, paperwork, and Etc.

#3. They said that they check in the property room and my property wasn't there.

#4. As I, was in booking, I went into a room and dress back into my street clothing. When I, came out Sgt. Caldwell and Sgt. Reese proceeded with trying to figure out where could my property be at.

#5. During that time and moment the transport officer handcuff my hands behind my back and I was taken into their custody.

#6. I, continue to ask about my property.