**EXHIBIT A**
**OUT-OF-STATE WITNESS INFORMATION FORM**

**TIMOTHY OLIVER, #232660**                                                              **PLAINTIFF**

**VERSUS**                                                   **CIVIL ACTION NO.  1:04cv499-LG-JMR**

**CAPTAIN RICK GASTON**                                                                **DEFENDANT**
_____
_____


YOUR FULL NAME AND PRISONER ID NUMBER:


YOUR CUSTODIAN AND HIS/ITS ADDRESS:




YOUR EXPECTED RELEASE/PAROLE DATE:




WHAT CRIMES HAVE YOU BEEN CONVICTED OF?




WHAT IS YOUR SECURITY CLASSIFICATION?

EXHIBIT A--Page 2

WHY IS YOUR PRESENCE NECESSARY AT THE TRIAL OF THIS CASE?

HOW DO YOU PLAN TO BE TRANSPORTED TO THE TRIAL?

WHY COULD YOUR TESTIMONY NOT BE PRESENTED TO THE COURT BY DEPOSITION, AFFIDAVIT, VIA THE TELEPHONE, OR BY ANY METHOD OTHER THAN LIVE?  Please explain.

EXHIBIT A--Page 3

WHAT WITNESSES DO YOU PROPOSE TO USE TO SUPPORT YOUR CLAIMS?  Give their full names, addresses, and prisoner identification numbers (if appropriate).

WHAT IS THE NATURE OF THESE WITNESSES' PROPOSED TESTIMONY?  WHY IS IT NECESSARY TO YOUR CASE?

WHAT MEANS DO YOU PROPOSE TO SUBMIT THESE WITNESSES' TESTIMONY TO THE COURT? (live, deposition, affidavit, etc.)

THIS the ____ day of _____, 2006.

_____
Timothy Oliver

COMPLETE AND RETURN ONE COPY BY NOVEMBER 20, 2006 TO:

Chief United States Judge John M. Roper
2012 15th Street--Suite 870
Gulfport, Ms 39501

AND ONE COPY TO:
J. T. Noblin, Clerk
245 E. Capitol Street--Suite 300
Jackson, MS   39201