UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TIMOTHY OLIVER**                                                                 **PLAINTIFF**

**VERSUS**                                          **CIVIL DOCKET #: 1:04-CV-0499-LG-JMR**

**GASTON, ET AL.**                                                                **DEFENDANTS**

FILED: _____         _____
                                                                    DEPUTY CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO ADMIT PRO HAC VICE

NOW INTO COURT, through undersigned counsel, comes Mark W. Verret who makes this motion for leave for S. Jacob Braud of the law firm of Allen and Gooch, 3900 N. Causeway Blvd, Suite 1450, Metairie, LA 70002, telephone number (504) 836-5280, to appear *pro hac vice* as co-counsel in this case, and in support would show the following:

S. Jacob Braud is a member in good standing of the, Louisiana State Bar Association, April 11, 2003; United States District Court for the Eastern District of Louisiana since June 25, 2005, United States District Court for the Middle District of Louisiana since May 25, 2005, United State District Court for Western District of Louisiana since May 23, 2005. Attached as Exhibit A is a certificate from the United States District Court for the Eastern District of Louisiana confirming his membership in that Court. S. Jacob Braud has not been the subject of disciplinary action by the bar or courts of any state and has not been denied admission to any state or federal court. He will abide by and comply with the rules applicable herein. Attorney for

Defendant, Sergeant T.P. Wills., Mark W. Verret, finds S. Jacob Braud to be a reputable attorney and recommends that he be admitted to practice before this Court in the above styled case.

WHEREFORE, PREMISES CONSIDERED, ATTORNEY FOR DEFENDANT, Mark W. Verret, respectfully requests that the Court grant leave to S. Jacob Braud to appear *pro hac vice* in this proceeding.

MARK W. VERRET (MS. #10270)
BRETT M. BOLLINGER (MS #101502)
Allen & Gooch
3900 North Causeway Blvd.
Lakeway One, Suite 1450
Metairie, Louisiana 70002
Telephone: (504) 836-5200
Facsimile: (504) 836-5205
Associated Local Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record, by placing a copy of same in the United States Mail, postage prepaid and properly addressed, this ___ day of November, 2007.

_____
Mark W. Verret