AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

__Eastern__   DISTRICT OF   __Louisiana__

**CERTIFICATE OF
GOOD STANDING**

*I,* __Loretta G. Whyte__ *, Clerk of this Court,*

*certify that* __S. Jacob Braud__ *, Bar #* __28318__ *,*

*was duly admitted to practice in this Court on*

__7/25/2005__ *, and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* __New Orleans, Louisiana__ *on* __11/01/2007__ .
LOCATION   DATE

Loretta G. Whyte
CLERK

Michele B. Canzino (signature)
DEPUTY CLERK


EXHIBIT A