UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TIMOTHY OLIVER**                                                                **PLAINTIFF**

**VERSUS**                                  **CIVIL DOCKET #:  1:04-CV-0499-LG-JMR**

**GASTON, ET AL.**                                               **DEFENDANTS**

FILED: _____  _____
                                                                        DEPUTY CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF MARK W. VERRET

STATE OF LOUISIANA,

PARISH OF JEFFERSON

BEFORE ME, the undersigned authority, personally came and appeared MARK W. VERRET, who, upon his oath, deposed and said that:

My name is MARK W. VERRET I am over twenty-one years of age, have never been convicted of any crime, and am capable of making this Affidavit. I have personal knowledge of the facts stated herein;

I am a resident practicing attorney in the State of Louisiana and a member in good standing of the state bar of Louisiana and a member of the law firm of Allen & Gooch, A Law Corporation, 3900 N. Causeway Blvd. Suite 1450 Metairie, Louisiana 70002, telephone number 504-836-5270. I have been a member of the Louisiana bar since 1995 and this Court's bar since 1996.

I am personally familiar with S. Jacob Braud and find him to be a reputable attorney and hereby recommend him admission to practice before this Court *pro hac vice*.

_____
MARK W. VERRET

Sworn to and subscribed to before me this 26th day of November, 2007.

_____
NOTARY PUBLIC

My commission expires at death

BRETT M. BOLLINGER
Notary Public
La. Bar Roll # 24303
State of Louisiana
My Commission is For Life