UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **TIMOTHY OLIVER** | **PLAINTIFF** |
| **VERSUS** | **CIVIL DOCKET #: 1:04-CV-0499-LG-JMR** |
| **GASTON, ET AL.** | **DEFENDANTS** |

FILED: _____  _____
                                         DEPUTY CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF S. JACOB BRAUD

STATE OF LOUISIANA

PARISH OF JEFFERSON

BEFORE ME, the undersigned authority, personally came and appeared S. JACOB BRAUD, who, upon her oath, deposed and said that:

My name is S. Jacob Braud. I am over twenty-one years of age, have never been convicted of any crime, and am capable of making this Affidavit. I have personal knowledge of the facts stated herein;

I am a member in good standing of the bar of the Louisiana State Bar Association, April 11, 2003; United States District Court for the Eastern District of Louisiana, June 25, 2005; United States District Court for the Middle District of Louisiana, May 26, 2005; United States District Court for the Western District of Louisiana, May 23, 2005.

I have not been the subject of disciplinary action by the bar of courts of any state and have not been denied admission to any state or federal court;

I have read and am familiar with the Rules for the Northern and Southern District of Mississippi.

I will abide by the rules governing the matter above captioned.

_____
S. JACOB BRAUD

SWORN TO AND SUBSCRIBED BEFORE ME, this ____26th____ day of ____November____, 2007.

_____
NOTARY PUBLIC

My commission expires

__AT DEATH__