UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TIMOTHY OLIVER** **PLAINTIFF**

**VERSUS** **CIVIL DOCKET #: 1:04-CV-0499-LG-JMR**

**GASTON, ET AL.** **DEFENDANTS**

FILED: _____  _____
DEPUTY CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER ADMITTING S. JACOB BRAUD

The Court having considered the Motion to Admit S. Jacob Braud *Pro Hac Vice*, finds the Motion to be meritorious and that it should be granted;

IT IS THEREFORE ORDERED that S. Jacob Braud may appear before this Court in the above styled cause, as co-counsel for Defendant, Captain Rick Gaston.

_____, Mississippi, this _____ day of _____, 2007.

_____
DISTRICT JUDGE