# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **TIMOTHY OLIVER, #232660** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CAUSE NO. 1:04CV499 LG-JMR** |
| | § | |
| **CAPTAIN RICK GASTON** | § | **DEFENDANT** |

## JUDGMENT

In accordance with the Order of Dismissal entered herewith;

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED AND ADJUDGED** this the 28th day of February, 2008.


s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE