1-28-2014

To: U.S. District Court "Clerk of Court"
Southern District of Mississippi
245 East Capitol Street
Suite 316
Jackson, Ms. 39201

From: Timothy Oliver #577906
R.C.C.
07268 Hwy 31
Angie, La. 70426

RECEIVED & RETURNED
FEB - 7 2014
Clerk, U.S. District Court
Southern District of Miss.

Clerk,
        Mr. Oliver is requesting to have the enclosed documents enclosed inside this envelope stamp filed into the courts, with providing him with a copy and mail to him in the stamp self address enclosed.
        Mr. Oliver, would like to inform you that, he has went about seeking the same above assistance once before, but receive any. Any appropriate assistance in this matter is highly appreciated.
        Thanks and may God Bless.

Respectfully Submitted;

_____
Timothy Olzeck #572906
L.C.C.
27268 Hwy 21
Angie La, 70426

5. _____

6. _____

7. _____

8. _____

_____
Clerk of Court

Respectfully Submitted:

Timothy C. Oliver # 577906
Rayburn Correctional Center
P.O. Box 27268 Hwy. 21 N.
Angie, Louisiana 70426

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

STATE OF MISSISSIPPI

**TIMOTHY CHARLES OLIVER**
         **Plaintiff**

    Versus

Rick Gaston, et al
         **Defendant**

CIVIL No. _____

SECTION: _____

JUDGE: _____

## PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to rule 34, Fed. R. C.C.P., the plaintiff request that the defendant produce documents listed herein within (30) days, either by providing the plaintiff with copies or by making them available to the plaintiff for inspection and copying.

1. Any and all documents pertaining to the above case Timothy Charles Oliver v. Rick Gaston.

2. _____

3. _____

4. _____

UNITED STATES DISTRICT COURT

~~Southern~~ DISTRICT OF ~~█████~~ MISSISSIPPI

STATE OF ~~█████~~ MISSISSIPPI

**TIMOTHY CHARLES OLIVER**
        **Plaintiff**
**Versus**

Rick Gaston, et al.
        **Defendant**

CIVIL No. _____

SECTION: _____

JUDGE: _____

## PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to rule 34, Fed. R. C.C.P., the plaintiff request that the defendant produce documents listed herein within (30) days, either by providing the plaintiff with copies or by making them available to the plaintiff for inspection and copying.

1. Any and all documents pertaining to the above case — Timothy Charles Oliver v. Rick Gaston

2. 

3. 

4.

5. _____

_____

_____

_____

_____

6. _____

_____

_____

_____

_____

_____

7. _____

_____

_____

_____

_____

8. _____

_____

_____

_____

_____

_____

_____
Clerk of Court

Respectfully Submitted:

Timothy C. Oliver # 577906
Rayburn Correctional Center
P.O. Box 27268 Hwy. 21 N.
Angie, Louisiana 70426

