**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**SOUTHERN DISTRICT OF MISSISSIPPI**



# *MEMORANDUM*

**TO:** Timothy C. Oliver                    **DATE:** February 7, 2014

**FROM:** W. Duggan, Deputy Clerk

**SUBJECT:** Request for Production of Documents


Enclosed I am returning your requests for production of documents as these are not to be filed with the Court. Also, please include a case number on any documents that you send to the Court. The only case that I found that you may be trying to file this in is 1:04cv499LG-JMR although this case has been closed since 2008.

You are responsible for your own discovery service. You only file a Notice of Service of the discovery with the Court.

You are also responsible for keeping the Court informed of your current address. I did not update your address in the above case as I am not sure this is the case you are writing about.

Thank you